UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON CASTILLO,

Plaintiff,

-against-

FRANK BISIGNANO
COMMISSIONER OF SOCIAL SECURITY.,

Defendant.

26 CIVIL 02621 (VR)

# **JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated November 18, 2026, this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, a new hearing, and issuance of a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York
November 19, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**